IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bernardo Acosta Peralta, | No. CV18-1444 PHX DGC (MHB) |
| Petitioner, | **ORDER** |
| vs. | |
| Jefferson B. Sessions, III, et al., | |
| Respondents. | |

Petitioner Bernardo Acosta Peralta has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. United States Magistrate Michelle H. Burns has issued a report and recommendation ("R&R") recommending that the petition be dismissed without prejudice as moot. Doc. 15. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and dismiss the petition without prejudice as moot.

**IT IS ORDERED:**

1.   The R&R (Doc. 15) is **accepted**.

2.   The petition for writ of habeas corpus (Doc. 1) is **dismissed without prejudice as moot**.

3.   A certificate of appealability and leave to proceed *in forma pauperis* on *appeal are **denied***

1    4.    The Clerk is directed to **terminate** this action.

2    Dated this 21st day of September, 2018.

_David G. Campbell_

David G. Campbell
Senior United States District Judge